**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00040-GMN-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| JORGE VILLANUEVA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 21, 2026 at 9:00 a.m., be vacated and continued to  April 24, 2026  at the hour of 9:00 a.m.

DATED this  6  day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE