**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JORGE VILLANUEVA,<br><br>            Defendant. | Case No. 2:24-cr-00040-GMN-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 24, 2026 at 9:00 a.m., be vacated and continued to ___July 29, 2026___ at the hour of 9:00 a.m.

DATED this __7_ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE