**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE VILLANUEVA,

Defendant.

Case No. 2:24-cr-00040-GMN-MDC

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 29, 2026 at 9:00 a.m., be vacated and continued to August 19, 2026 at the hour of 9:30 a.m.

DATED this 21 day of July, 2026.

UNITED STATES DISTRICT JUDGE